The following constitutes the order of the court.
Signed June 24, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                    No. 13-43108 WJL
                                         Chapter 7
SHARON RENEE WILLIAMS,

         Debtor(s).
_____/

**MEMORANDUM RE FILING BANKRUPTCY UNDER SEAL**

On June 11, 2013, the debtor filed a Motion to File Entire Bankruptcy Record Under Seal. Based on the scant information in the Motion, the Court did not see a basis for granting the requested relief. For that reason, the Court set the matter for a hearing scheduled for June 25, 2013 at 2:00 p.m., to give the debtor an opportunity to better explain the basis for the request. On the afternoon of June 24, 2013, the Court received a phone call from debtor's counsel's office explaining that debtor's counsel would, in fact, be unable to attend the hearing due to a scheduling conflict.

The Court is disinclined to either grant the Motion or reschedule the hearing at this time. However, if the debtor files a supplemental pleading by Friday, June 28, that provides further

explanation of the factual and legal basis for the requested relief, the Court will consider taking the matter under submission.

END OF DOCUMENT

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Bert Carter, Jr. |
| 3 | Law Offices of Bert Carter Jr. |
| 4 | 1714 Franklin St. #300 |
| | Oakland, CA 94612 |
| 5 | |
| | Paul Mansdorf |
| 6 | 1563 Solano Ave. #703 |
| | Berkeley, CA 94707 |
| 7 | |
| | U.S. Trustee |
| 8 | Office of the U.S. Trustee |
| | 1301 Clay St. #690N |
| 9 | Oakland, CA 94612 |